IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

DEXTER LAMAR ANDERSON, #11572035   §

VS.                                §                    CIVIL ACTION NO. 5:04cv65

TEXARKANA FEDERAL PRISON CAMP,
FNU GRANT, Doctor, AND
WARDEN DAVID JUSTICE              §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 3rd day of October, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE